[No. 65277-0-I. Division One. September 26, 2011.]

THE STATE OF WASHINGTON, *Respondent*, v. THOMAS STEVEN BAZE, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 09-1-07014-4, Steven C. Gonzalez, J., entered March 15, 2010. *Affirmed* by unpublished opinion per Lau, J., concurred in by Ellington and Schindler, JJ.

[No. 65407-1-I. Division One. September 26, 2011.]

THE STATE OF WASHINGTON, *Respondent*, v. CLAY L. WYANT, *Appellant*.

Appeal from a judgment of the Superior Court for Snohomish County, No. 08-1-02320-1, Michael T. Downes, J., entered May 4, 2010. *Reversed in part* and *remanded* by unpublished opinion per Schindler, J., concurred in by Dwyer, C.J., and Spearman, J.

[No. 65547-7-I. Division One. September 26, 2011.]

THE STATE OF WASHINGTON, *Respondent*, v. KENNETH WAYNE MARTIN, *Appellant*.

Appeal from a judgment of the Superior Court for Island County, No. 09-1-00177-5, Vickie I. Churchill, J., entered June 10, 2010. *Affirmed* by unpublished opinion per Appelwick, J., concurred in by Lau and Spearman, JJ.

[No. 66044-6-I. Division One. September 26, 2011.]

*In the Matter of the Marriage of* KENNETH GREEN, *Appellant*, and CHERYL GREEN, *Respondent*.

Appeal from a judgment of the Superior Court for King County, No. 09-3-04975-4, Suzanne M. Barnett, J., entered August 26, 2010. *Affirmed* by unpublished opinion per Becker, J., concurred in by Cox and Spearman, JJ.